```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 08 B 01435
   CREED D FINNER
                                              CHAPTER 13

                                              JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-1218


--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
      The case was filed on 01/23/2008 and was not confirmed.

      The case was dismissed without confirmation 03/17/2008.
--------------------------------------------------------------------------------
 CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                             PAID          PAID
--------------------------------------------------------------------------------

 US BANK NA                 NOTICE ONLY    NOT FILED            .00           .00
 OCWEN FEDERAL BANK         CURRENT MORTG        .00            .00           .00
 OCWEN FEDERAL BANK         MORTGAGE ARRE  13011.38             .00           .00
 ACTIVITY COLLECTION SVC    UNSECURED         31.21             .00           .00
 SPRINT BANKRUPTCY          UNSECURED        467.71             .00           .00
 RMI/MCSI                   UNSECURED       3380.00             .00           .00
 ACTIVITY COLLECTION        NOTICE ONLY    NOT FILED            .00           .00
 NICOR GAS                  UNSECURED      NOT FILED            .00           .00
 PATRICIA MARY FENNELL      NOTICE ONLY    NOT FILED            .00           .00
 SOUTH SUBURBAN HOSPITAL    UNSECURED      NOT FILED            .00           .00
 MRSI                       NOTICE ONLY    NOT FILED            .00           .00
 SOUTH SUBURBAN HOSPITAL    UNSECURED      NOT FILED            .00           .00
 MRSI                       NOTICE ONLY    NOT FILED            .00           .00
 CITY OF CHICAGO PARKING    UNSECURED      NOT FILED            .00           .00
 FNBM/CREDIT ONE BANK       UNSECURED      NOT FILED            .00           .00
 ST IL TOLLWAY AUTHORITY    UNSECURED      NOT FILED            .00           .00
 MOON E KIM MD              UNSECURED      NOT FILED            .00           .00
 NEXTEL COMMUNICATIONS      NOTICE ONLY    NOT FILED            .00           .00
 SUBURBAN EMERGENCY PHYSI   UNSECURED      NOT FILED            .00           .00
 DIVERSIFIED COLLECTION S   NOTICE ONLY    NOT FILED            .00           .00
 TIMOTHY LIOU               UNSECURED      NOT FILED            .00           .00
 TRIBUTE                    UNSECURED      NOT FILED            .00           .00
 EASTERN FEDERAL CREDIT U   SECURED VEHIC  16000.00             .00           .00
 INTERNAL REVENUE SERVICE   PRIORITY       NOT FILED            .00           .00
 INTERNAL REVENUE SERVICE   PRIORITY       NOT FILED            .00           .00
 INTERNAL REVENUE SERVICE   NOTICE ONLY    NOT FILED            .00           .00
 ILLINOIS DEPT OF REVENUE   PRIORITY       NOT FILED            .00           .00
 GLEASON & GLEASON LLC      DEBTOR ATTY         .00                           .00
 TOM VAUGHN                 TRUSTEE                                           .00
 DEBTOR REFUND              REFUND                                            .00


      Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                       RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------------

                  PAGE  1 - CONTINUED ON NEXT PAGE
      CASE NO. 08 B 01435 CREED D FINNER
```

```
TRUSTEE                                                   .00

PRIORITY                                                  .00
SECURED                                                   .00
UNSECURED                                                 .00
ADMINISTRATIVE                                            .00
TRUSTEE COMPENSATION                                      .00
DEBTOR REFUND                                             .00
                                 ---------------   ---------------
TOTALS                                       .00               .00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                      /s/ Tom Vaughn
    Dated: 06/25/08               _____
                                      TOM VAUGHN
                                      CHAPTER 13 TRUSTEE
```